Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*
*Apartment Management Consultants, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE HILL an individual;<br><br>Plaintiff,<br><br>vs.<br><br>APARTMENT MANAGEMENT CONSULTANTS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00805-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(*First Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant Apartment Management Consultants, LLC ("Defendant") and Plaintiff Stephanie Hill ("Plaintiff") hereby request a three-week extension of time, up to and including, June 6, 2019 for Defendant to file its response to Plaintiff's Complaint (ECF No. 1, Ex. A.)  The present deadline for Defendant to file its response is May 16, 2019.  This is the parties' first request for an extension of time for Defendant to file its response.

This Stipulation is made in good faith and is not intended for purposes of delay.  The parties are exploring whether and to what extent they are agreeable to stipulating to arbitrate this

matter.  If not, Defendant would like the additional time to prepare a response to the Complaint and/or file a Motion to Compel Arbitration.

As a result, good cause exists to extend the response deadline.  Therefore, the parties respectfully request a three-week extension of time up to and including June 6, 2019 for Defendant to file its response to Plaintiff's Complaint.

DATED this 15th day of May, 2019.

GABROY LAW OFFICES

/s/ *Christian Gabroy*
Christian Gabroy
Nevada Bar No. 8805
Kaine Messer
Nevada Bar No. 14240
The District at Green Valley Ranch
170 S. Green Valley Parkway, Ste. 280
Henderson, NV  89012
*Attorneys for Plaintiff*

DATED this 15th day of May, 2019.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

May 17, 2019
_____
DATED

2