Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant*
*Apartment Management Consultants, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HILL an individual; <br><br> Plaintiff, <br><br> vs. <br><br> APARTMENT MANAGEMENT CONSULTANTS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive, <br><br> Defendant. | Case No.:  2:19-cv-00805-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> (*Second Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant Apartment Management Consultants, LLC ("Defendant") and Plaintiff Stephanie Hill ("Plaintiff") hereby request a two-week extension of time, up to and including June 20, 2019, for Defendant to file its response to Plaintiff's Complaint (ECF No. 1, Ex. A.)  The present deadline for Defendant to file its response is June 6, 2019.  This is the parties' second request for an extension of time for Defendant to file its response.  This Stipulation is made in good faith and is not intended for purposes of delay.

The first request for an extension of time was made on May 15, 2019 so that the parties could explore whether and to what extent they were agreeable to stipulating to arbitrate this matter.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

(ECF No. 6.) If not, Defendant would then prepare a Motion to Compel Arbitration. (*Id.*) This request was granted on May 17, 2019. (ECF No. 8.)

Good cause now exists to extend the response deadline for a second time. Defendant has provided Plaintiff with a copy of the Arbitration Agreement as well as several other documents, at Plaintiff's request, and Plaintiff would like additional time to conduct due diligence regarding the issue of arbitration to see if the parties can stipulate to the same.

Therefore, the parties respectfully request a two-week extension of time up to and including June 20, 2019 for Defendant to file its response to Plaintiff's Complaint.

DATED this 5th day of June, 2019.　　　　DATED this 5th day of June, 2019.

GABROY LAW OFFICES　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Christian Gabroy*　　　　　　　　　　/s/ *Dana B. Salmonson*

Christian Gabroy　　　　　　　　　　　　Anthony L. Martin
Nevada Bar No. 8805　　　　　　　　　　Nevada Bar No. 8177
Kaine Messer　　　　　　　　　　　　　Dana B. Salmonson
Nevada Bar No. 14240　　　　　　　　　Nevada Bar No. 11180
The District at Green Valley Ranch　　　　Wells Fargo Tower
170 S. Green Valley Parkway, Ste. 280　　Suite 1500
Henderson, NV 89012　　　　　　　　　3800 Howard Hughes Parkway
*Attorneys for Plaintiff*　　　　　　　　　Las Vegas, NV 89169
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

June 5, 2019

_____
DATED

2