Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant*
*Apartment Management Consultants, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE HILL an individual;<br><br>Plaintiff,<br><br>vs.<br><br>APARTMENT MANAGEMENT CONSULTANTS, LLC; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00805-JAD-VCF<br><br>**STIPULATION AND ORDER TO STAY MATTER PENDING ARBITRATION**<br><br>ECF No. 12 |

Defendant Apartment Management Consultants, LLC ("Defendant") and Plaintiff Stephanie Hill ("Plaintiff"), by and through their respective counsel, hereby request a stay of all proceedings in this matter pending the outcome of arbitration per "Plaintiff's Binding Arbitration" in accordance with the terms set forth in the Binding Arbitration Agreement, AAA Employment Arbitration Rules, and as otherwise required by our law or rules. Nothing in this SAO to Stay Matter Pending Arbitration shall be deemed a waiver and/or release for the Parties to present such claims and/or

. . .

. . .

. . .

defenses in Arbitration.  Therefore, it is Ordered that this Matter is Stayed Per 9 U.S.C. §3 and this Matter is Compelled to Arbitration.

DATED this 20th day of June, 2019.     DATED this 20th day of June, 2019.

GABROY LAW OFFICES     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Christian Gabroy*     /s/ *Dana B. Salmonson*

| Christian Gabroy | Anthony L. Martin |
| Nevada Bar No. 8805 | Nevada Bar No. 8177 |
| Kaine Messer | Dana B. Salmonson |
| Nevada Bar No. 14240 | Nevada Bar No. 11180 |
| The District at Green Valley Ranch | Wells Fargo Tower |
| 170 S. Green Valley Parkway, Ste. 280 | Suite 1500 |
| Henderson, NV 89012 | 3800 Howard Hughes Parkway |
| *Attorneys for Plaintiff* | Las Vegas, NV 89169 |
| | *Attorneys for Defendant* |

### **ORDER**

IT IS SO ORDERED.  Once the arbitration is completed, any party may move to lift the stay and for further relief.  The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 26, 2019

2